UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUNT,

        Plaintiff,

   v.

COREY McKAY, et al.,

        Defendants.

                                     /

NO. CIV. S-04-435 LKK/JFM P

O R D E R

In light of the court's March 27, 2006 order, defendant's June 15, 2005 motion for summary judgment is DENIED.

IT IS SO ORDERED.

DATED: March 28, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT