IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. HUNT,

    Plaintiff,                            No. CIV S-04-0435 LKK JFM P

    vs.

COREY MCKAY, et al.,

    Defendants.                        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  By the sole claim remaining in this action, plaintiff contends that his Fourteenth Amendment right to due process was violated when defendant Vance improperly placed plaintiff's name on a list of suspected or known Blood gang members, associates, or sympathizers, causing plaintiff to be locked down for a period of twelve days.[1]  On January 19, 2006, this court issued findings and recommendations recommending that defendant Vance's motion for summary judgment be granted.  By order filed March 27, 2006, the district court declined to adopt the findings and recommendations and remanded the matter to this court for further proceedings.  In relevant part, the district court denied defendant Vance's motion for summary judgment based on the existence of a factual dispute as to whether  individuals on the list at issue were being treated as if they were "validated 'gang' members" and, therefore,

---

[1] Plaintiff's other claims were dismissed by order filed March 7, 2005.

1  whether defendant was "using semantics to avoid the gang validation procedure." (Order filed
2  March 27, 2006, at 2.) The court found that defendant had "failed to show how the treatment of
3  plaintiff was any different than the treatment of a[n] inmate who was designated as a gang
4  member." (Id. at 2-3.)
5              On May 31, 2006, plaintiff filed a request for modification of the scheduling order
6  to give him an opportunity to file a dispositive motion. It is unclear whether further motion
7  practice will lead to resolution of this case by summary judgment. However, good cause
8  appearing, both parties will be given one final period of forty-five days in which to file cross-
9  motions for summary judgment.
10             On May 16, 2006, plaintiff filed a request for ten witness subpoena forms.
11 Plaintiff has not provided any information about the witnesses he intends to subpoena in this
12 action. Moreover, the parties have not yet filed pretrial statements, nor has the court issued a
13 pretrial or reset this matter for jury trial. For these reasons, plaintiff's request for subpoena forms
14 will be denied without prejudice to their renewal, as appropriate, at a later stage of these
15 proceedings.
16             In accordance with the above, IT IS HEREBY ORDERED that:
17             1. Plaintiff's May 16, 2006 request for subpoena forms is denied without
18 prejudice;
19             2. Plaintiff's May 31, 2006 request for an extension of time to file a dispositive
20 motion is granted; and
21             3. The parties are granted forty-five days from the date of this order in which to
22 file and serve cross-motions for summary judgment.
23 DATED: June 13, 2006.

UNITED STATES MAGISTRATE JUDGE

12/hunt0435.36(2)