IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. HUNT,

    Plaintiff,                    No. CIV S-04-0435 LKK JFM P

    vs.

COREY MCKAY, et al.,

    Defendants.          <u>ORDER</u>

/

        This matter came on for telephonic status conference March 15, 2007. Plaintiff, appeared in pro per. William V. Cashdollar, Deputy Attorney General, appeared for defendants. Good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        It appears plaintiff did not receive defendant's motion to withdraw admissions or a complete copy of the court's recent findings and recommendations. Plaintiff was provided with copies of both documents the evening of March 13, 2007. Thus, plaintiff will be provided a brief extension of time to file an opposition to the motion to withdraw admissions and his objections to the findings and recommendations. The court will address plaintiff's motion for reconsideration once those documents are on file with the court.

        IT IS HEREBY ORDERED that plaintiff is granted fifteen days from March 15, 2007 in which to file an opposition to defendant's February 9, 2007 motion to withdraw

1

1  admissions, and objections to the March 2, 2007 findings and recommendations.  No further
2  extensions of time will be granted.
3  DATED:  March 15, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

7  hunt0435.oah