IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. HUNT,

        Plaintiff,                      No. CIV S-04-0435 LKK JFM P

    vs.

S.J. Vance,[1]

        Defendant.               ORDER

                            /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 2, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. After receiving an extension of time, plaintiff filed objections to the findings and recommendations.

---

[1] Plaintiff's claims against defendant Connor were dismissed as time-barred. (March 7, 2005 Order.) Plaintiff's Eighth Amendment claim against defendant Vance was dismissed for failure to state a claim. (Id.)

1

1       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed March 2, 2007, are adopted in full; and

      2. Defendant Vance's July 19, 2006 motion for summary judgment is granted.

DATED:  August 2, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2